# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert H. Walker

Initial Appearance/Criminal Complaint

| | | | |
|---|---|---|---|
| Case Number: | 1:22-mj-00039-RHWR | UNITED STATES vs. Daniels | |
| Hearing Date: | 4/27/2022 | Time In and Out: | 11:30 am to 11:38 am |
| Clerk: | AB | Courtroom: | 881 |
| Defendant: | Patrick Darnell Daniels, Jr. | Defendant's Counsel: | Leilani Tynes |
| AUSA | Erica Rose | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSMs: Ivy Jenkins/Justin Patrick/Reid Van Bogart | |
| CSO: | Elfren Acosta | | |

**PROCEEDINGS**

| | |
|---|---|
| ☒ | Defendant sworn |
| ☒ | First Appearance by Defendant |
| ☒ | Defendant received a copy of charging document |
| ☐ | Defendant waives reading of |
| ☒ | Brady Order executed. |
| ☒ | Defendant requests Preliminary Hearing. Preliminary Hearing set for 5/2/2022 at 9:30 am before US Magistrate Robert P. Myers, Jr. |

**Custody Status**

| | | |
|---|---|---|
| ☒ | Government requesting detention. Defendant requesting detention hearing. | |
| ☒ | Defendant detained pending hearing | Detention Hearing set for 5/2/2022 at 9:30 am US Magistrate Robert P. Myers, Jr. |
| ☐ | Defendant waives detention hearing. | |
| ☐ | Conditions | |

**Other**

| | |
|---|---|
| ☐ | |