# CLERK'S MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI (SOUTHERN DIVISION)

Before the Honorable Robert P. Myers, Jr.

Preliminary/Detention Hearing

| | | | |
|---|---|---|---|
| Case Number: | 1:22-mj-0039-RHWR | UNITED STATES vs. Daniels, Jr. | |
| Hearing Date: | 5/2/2022 | Time In and Out: | 10:35 AM to 10:51 AM |
| Clerk: | SR | Courtroom: | 683 |
| Defendant: | **Patrick Darnell Daniels, Jr.** | Defendant's Counsel: | Joshua Kadel |
| AUSA: | Erica Rose | Pretrial/Probation: | Sandra Doll |
| Interpreter: | N/A | DUSM(s): | Justun Patrick/Rodney Blackwell |
| CSO: | Elfron Acosta | | |

| Testimony and Evidence Presented on Behalf of the Government: | |
|---|---|
| ☒ | Witness(es): Ray Bell, Task Force Agent, DEA |
| ☒ | Exhibit(s): G-1 - Pretrial Services Report (Under Seal) |

| Testimony and Evidence Presented on Behalf of Defendant | |
|---|---|
| ☐ | Witness(es): |
| ☐ | Exhibit(s): |

| Custody Status | | |
|---|---|---|
| ☐ | Defendant waived preliminary hearing | |
| ☐ | Defendant waived detention hearing | |
| ☒ | Defendant remanded to custody of United States Marshal's Service | Order of Detention entered. |
| ☐ | Defendant released on bond. | $25,000 Unsecured Appearance bond. |
| ☐ | Conditions of release imposed | Order Setting Conditions of Release entered. |

| Other | |
|---|---|
| ☒ | As to the Preliminary hearing, the Court found sufficient probable cause and ordered the defendant bound over for the next grand jury. |