AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

| United States of America | ) |
|---|---|
| v. | ) |
| Patrick Darnell Daniels, Jr. | ) Case No. 1:22-mj- 39-RHWR |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

APR 28 AM 8:53
RCVD

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Patrick Darnell Daniels, Jr. ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Possession of a firearm by an unlawful user of a controlled substance in violation of Title 18 U.S.C. § 922(g)(3).

Date: 4-27-22

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
MAY 03 2022
BY _____ ARTHUR JOHNSTON _____ DEPUTY

*Issuing officer's signature*

City and state: Gulfport, Mississippi

Robert H. Walker, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 4-27-22 , and the person was arrested on *(date)* 4-27-22
at *(city and state)* Gulfport, MS .

Date: 4-27-22

*Arresting officer's signature*

Kay Bell, DEA, TFO
*Printed name and title*